1  TRINETTE G. KENT (State Bar No. 025180)
2  3219 E Camelback Road, #588
   Phoenix, AZ 85018
3  Telephone: (480) 247-9644
4  Facsimile: (480) 717-4781
   E-mail: tkent@lemberglaw.com
5
6  Of Counsel to
   Lemberg Law, LLC
7  43 Danbury Road, 3rd Floor
8  Wilton, CT 06897
   Telephone: (203) 653-2250
9  Facsimile: (203) 653-3424
10
   Attorneys for Plaintiff,
11 Jessica Barber
12
                    UNITED STATES DISTRICT COURT
13
                          DISTRICT OF ARIZONA
14
15
16 | Jessica Barber,               | Case No.: 2:17-cv-03139-JJT
17 |          Plaintiff,           | **NOTICE OF SETTLEMENT**
18 |
19 |     vs.
20 | Navient Solutions, LLC,
21 |          Defendant.
22
23
24
25
26
27
28

2:17-cv-03139-JJT                                    NOTICE OF SETTLEMENT

**1**  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have

**2**
**3**  reached a settlement.  The parties anticipate filing a Stipulation of Dismissal with

**4**  Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

**5**

**6**
**7**  By: ___/s/   Trinette G. Kent_____
Trinette G. Kent, Esq.
**8**  Lemberg Lemberg, LLC
Attorney for Plaintiff, Jessica Barber
**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On April 24, 2018, I served a true copy of foregoing document(s): **NOTICE OF SETTLEMENT**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on April 24, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendant Navient Solutions, LLC** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on April 24, 2018.

|   |   |
|---|---|
| 1 |   |
| 2 | By: __/s/   Trinette G. Kent__ |
|   | Trinette G. Kent, Esq. |
| 3 | Lemberg Law, LLC |
| 4 | Attorney for Plaintiff, Jessica Barber |

4